AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>MIRNA LUCY SANDOVAL,<br>*Defendant(s)* | Case No. 20-8078-WM |

FILED BY _____ D.C.
FEB 18 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 18, 2020__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 U.S.C. 1326(a) and (b)(1) | Illegal re-entry after deportation. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

ANDY KORZEN, TFO - HSI
Printed name and title

Sworn to before me and signed in my presence.

Date: Feb. 18, 2020

_____
Judge's signature

City and state: West Palm Beach, FL

William Matthewman, US Magistrate Judge
Printed name and title

## AFFIDAVIT OF ANDY KORZEN
## UNITED STATES DEPARTMENT OF HOMELAND SECURITY
## IMMIGRATION AND CUSTOMS ENFORCEMENT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Task Force Officer (TFO) with the Homeland Security Investigations (HSI), and I am also Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over sixteen years. I am currently assigned to the Homeland Security Investigations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Mirna Lucy SANDOVAL committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

3. On or about February 14, 2020, I received information that Mirna Lucy SANDOVAL, an alien who was previously removed from the United States, illegally re-entered the United States, and was scheduled to appear at the Palm Beach County Courthouse located at 205 N. Dixie Highway, West Palm Beach, FL 33401 on February 18, 2020 at 10:00 a.m.

4. A review of the immigration alien file shows that Mirna Lucy SANDOVAL is a native and citizen of Honduras. Records further show that on or about

September 9, 2015, Mirna Lucy SANDOVAL was ordered removed. The Order of Removal was executed on or about February 1, 2016, whereby Mirna Lucy SANDOVAL was removed from the United States and returned to Honduras.

5. A further review of the records shows that on or about April 20, 2015, in the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, Mirna Lucy SANDOVAL was convicted of arson, a second degree felony, in case number 2014CF011006A.

6. I performed a records check in the Computer Linked Application Informational Management System (CLAIMS) to determine if Mirna Lucy SANDOVAL filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Mirna Lucy SANDOVAL obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security for re-admission into the United States, as required by law.

7. On February 18, 2020 at approximately 10:10 a.m., Immigration and Customs Enforcement Officers observed Mirna Lucy SANDOVAL entering the Palm Beach County Courthouse. They identified themselves as ICE agents and after confirming SANDOVAL's identity, they detained Mirna Lucy SANDOVAL.

8. On February 18, 2020, Mirna Lucy SANDOVAL's fingerprints were scanned into the IAFIS system. The results confirmed that the scanned fingerprints belong to the individual who was previously removed from the United States, that is, Mirna Lucy SANDOVAL.

9. Based on the foregoing, I submit that probable cause exists to believe that, on or about February 18, 2020, Mirna Lucy SANDOVAL, an alien who was previously deported and removed from the United States, was found in the United States, without having received express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

Andy Korzen
Task Force Officer
Homeland Security Investigations

Subscribed and sworn to before me this 18th day of February 2020.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

Defendant's Name: __MIRNA LUCY SANDOVAL__

Case No.: __20-8078-WM__

**Counts # 1:**

Illegal Re-entry after Deportation.

Title 8, United States Code, Sections 1326(a) and (b)(1)

*Max. Penalty:   10 Years Imprisonment; 3 Year Supervised Release; $250,000 Fine and $100 Special Assessment.

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-8078-WM

UNITED STATES OF AMERICA

v.

MIRNA LUCY SANDOVAL,

Defendant.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?   ___ Yes  ✓ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   ___ Yes  ✓ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _____
RINKU TRIBUIANI
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.   0150990
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:    (561) 820-8711
Fax:    (561) 820-8777
Email:  Rinku.Tribuiani@usdoj.gov